1  Amanda L. Pade (SBN 294897)
   apade@jonesday.com
2  JONES DAY
   555 South Flower Street
3  Fiftieth Floor
   Los Angeles, CA  90071.2300
4  Telephone:  (213) 489-3939
   Facsimile:  (213) 243-2539
5
   Attorneys for Defendant
6  EXPERIAN INFORMATION
   SOLUTIONS, INC.
7
8  KYLE PEREZ
   Plaintiff, In Propria Persona
9

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyle, on Behalf of Himself,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>TOYOTA FINANCIAL SERVICES; EXPERIAN; EQUIFAX,<br><br>　　　　Defendants. | Case No. 2:16-cv-03517-PSG (ASx)<br><br>Hon. Philip S. Gutierrez<br><br>**JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>*[Proposed Order Filed Concurrently Herewith]*<br><br>Complaint Filed:  May 20, 2016 |

-1-

**TO THIS HONORABLE COURT:**

NOW COME THE PARTIES to respectfully move this Honorable Court to dismiss with prejudice this matter pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

WHEREAS Plaintiff Kyle Anthony Perez and Experian Information Solutions, Inc., erroneously sued as Experian, have entered in to a settlement of the entire matter.

WHEREAS the parties have collectively performed the terms of the settlement agreement.

ACCORDINGLY, THE PARTIES STIPULATE AS FOLLOWS:

Experian Information Solutions, Inc., erroneously sued as Experian, is dismissed from this action with prejudice.

Each party is to bear their own costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATE: February 15, 2017

                                                */s/ Kyle Perez*
                                                Kyle Perez
                                                Plaintiff in Propria Persona

DATE: February 15, 2017                  **JONES DAY**

                                                */s/ Amanda L. Pade*
                                                Amanda L. Pade
                                                Attorneys for EXPERIAN
                                                INFORMATION SOLUTIONS, INC.

## PROOF OF SERVICE BY MAIL

I, Amanda L. Pade, am a citizen of the United States and employed in Los Angeles, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 South Flower Street, Fiftieth Floor, Los Angeles, California 90071. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On February 15, 2017, I caused to be placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**JOINT STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**

in a sealed envelope, postage fully paid, addressed as follows:

Kyle Perez
9251 Notre Dame Avenue
Chatsworth, CA 91311
*Plaintiff in Propria Persona*

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 15, 2017, at Los Angeles, California.

                                          */s/ Amanda L. Pade*
                                            Amanda L. Pade