E-FILED
FEB 2 2 2017
Document #

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Kyle, on Behalf of Himself,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOYOTA FINANCIAL SERVICES; EXPERIAN; EQUIFAX,<br><br>　　　　Defendants. | Case No. 2:16-cv-03517-PSG (ASx)<br><br>Hon. Philip S. Gutierrez<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS CASE WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.**<br><br>Complaint Filed: May 20, 2016 |

PURSUANT TO THE JOINT STIPULATION, IT IS HEREBY ORDERED that Defendant Experian Information Solutions, Inc. is dismissed with prejudice. Each party shall bear his or its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: 2/22/17

HON. PHILIP S. GUTIERREZ
United States District Judge