UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**　　　　　JS - 6

| Case No. | CV 16-3517 PSG (Asx) | Date | May 15, 2017 |
|---|---|---|---|
| Title | KYLE PEREZ -VS-TOYOTA FINANCIAL SERVICES, ET AL. | | |

**Presiding: The Honorable**　　**PHILLIP S. GUTIERREZ, UNITED STATES DISTRICT JUDGE**

| Angela Bridges | Marea Woolrich | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:　　　　Attorneys Present for Defendants:

Kyle Perez, Pro Se- Not Present　　　　Thomas P. Quinn, Jr.- Not Present

**Proceedings:**　　**FINAL PRETRIAL CONFERENCE**

Matter called. No appearances made by parties. In light of the parties not being present, the Court administratively closes the matter.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　: 02

　　　　　　　　　　　　　　　　　　　Initials of Preparer　　AB for WH